UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JAMES MILLS, et al.

No. 22 CR 275

Judge Edmond E. Chang

## JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and JAMES, MILLS, JOSEPH BROWN, JULEY ELY, GINGER ELY, SYLVIA EVANS, ANGELA BECHO, FRANK COSTELLO, JOE ROUGA, STEVE MONTEGA, NIKO RISTICK, TONY RISTICK, RACHEL MONTEGA, ROBERT CRAIG, STEVE VEGA, SOPHIE BECHO, MARK BLANCA, DIANA LUMAS, RICKY BLANCA, DAVID JENSEN, and LOUIS STERGO, by their respective attorneys, respectfully submit this joint status report:

## Joint Status

1.      Defendant ROBERT CRAIG:

a.      The parties have a change of plea set for October 25, 2024.

b.      The parties request that time continue to be excluded under the Speedy Trial Act through the  February 18, 2025, trial date.

2.  Defendant STEVE VEGA:

a.       Defendant pleaded guilty to Count Thirteen of the superseding indictment on October 17, 2024.  The government's request to continue to exclude

time as to the remaining counts in which he is named in the superseding indictment was granted without objection through January 16, 2025.

      b.    The parties request that time continue to be excluded under the Speedy Trial Act through the January 16, 2025, sentencing date.

    3.  Defendant DAVID JENSEN

      a.    The parties have a change of plea set for October 25, 2024.

      b.    The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

    4.  Defendant FRANK COSTELLO:

      a.    Defendant pleaded guilty to Count Eight of the superseding indictment on September 30, 2024. The government's request to continue to exclude time as to the remaining counts in which he is named in the superseding indictment was granted without objection through February 18, 2025.

      b.    The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

    5.  Defendant STEVE MONTEGA:

      a.    Since the last Joint Status Report, the government tendered a revised draft plea agreement. The parties conferred about those revisions, and the government tendered a further revised plea agreement for defendant's consideration. The parties request until November 1, 2024 to either email the courtroom to request a change of plea date, or else file a status report.

      b.     The parties request that time continue to be excluded under the Speedy Trial Act through the  February 18, 2025, trial date.

      6.   Defendant JOE ROUGA:

      a.     Since the last Joint Status Report, and status hearing on September 9, 2024, defense counsel expressed interest in scheduling a pitch with the government.  The government again made multiple requests to defense counsel for dates to hold a pitch and to discuss the tendered draft plea agreement, but defense counsel had not provided any dates. While preparing this status report, defense counsel confirmed his intent to pitch on behalf of Defendant Rouga, and the parties are working to schedule the pitch.

      b.     The parties request that time continue to be excluded under the Speedy Trial Act through the  February 18, 2025, trial date.

      7.   Defendant RICKY BLANCA:

      a.     Since the last Joint Status Report, and status hearing on September 9, 2024, defense counsel expressed interest in scheduling a pitch with the government.  The government again made multiple requests to defense counsel for dates to hold a pitch and to discuss the tendered draft plea agreement, but defense counsel had not provided any dates. While preparing this status report, defense counsel confirmed his intent to pitch on behalf of Defendant Blanca, and the parties are working to schedule the pitch.

      b.     The parties request that time continue to be excluded under the Speedy Trial Act through the  February 18, 2025, trial date.

8.     Defendant NIKO RISTICK:

a.     Since the last Joint Status Report, defense counsel has pitched for his client. The government is still assessing information provided during the pitch and determining how to resolve the case.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

9.     Defendant SYLVIA EVANS:

a.     The government is continuing to assess the information learned from the pitch by defense counsel and the proffer of defendant. Additionally, the government is evaluating additional information learned since the last status report. The government has continued its discussions with defense counsel about a possible resolution short of trial.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

10.     Defendant RACHEL MONTEGA:

a.     The government has drafted a pre-trial diversion package and it is currently being reviewed internally before tendering to defense counsel and USPSO.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

11. Defendant JULEY ELY:

a. The parties are ready to set a hearing for defendant to enter a pretrial diversion (PTD) agreement in this case.

b. The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

12. Defendant GINGER ELY:

a. Since the last Joint Status Report, the government the government has submitted a draft PTD agreement to defense counsel and USPSO.

b. The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

13. Defendant ANGELA BECHO:

a. The parties are ready to set a hearing for defendant to enter a pretrial diversion (PTD) agreement in this case.

b. The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

14. Defendant DIANA LUMAS:

a. Since the last Joint Status Report, the government has submitted a draft PTD agreement to defense counsel and USPSO.

b. The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

15. Defendant SOPHIE BECHO:

a. The parties have a change of plea set for October 23, 2024.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the  February 18, 2025, trial date.

16.     Defendant TONY RISTICK:

a.     Since the last Joint Status Report, the parties have filed two agreed status reports updating the court on the status of plea negotiations. Dkts. 603, 609. In the status report filed at docket 609, the parties requested an additional extension to October 29, 2024, for defendant to review the plea agreement with his counsel, and to email the courtroom deputy regarding a change of plea date.  The parties make the same request herein.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the  February 18, 2025, trial date.

17.     Defendant JAMES MILLS

a.     The parties have a change of plea set for November 7, 2024.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the  February 18, 2025, trial date.

18.     Defendant JOSEPH BROWN:

a.     Since the last Joint Status Report, the government tendered a revised draft plea agreement. The parties conferred about those revisions, and the government tendered a further revised plea agreement for defendant's consideration. The parties request until November 1, 2024 to either email the courtroom to request a change of plea date, or else file a status report.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

19.     Defendant MARK BLANCA:

a.     The parties have a change of plea set for October 29, 2024.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

20.     Defendant LOUIS STERGO:

a.     Since the last Joint Status Report, the parties have regularly conferred and held an in-person attorney conference to review further discovery produced by the Government, last month, which included significant text messages involving Defendant Stergo. The parties also discussed the defendant's edits to the draft plea agreement and the impact of the recently produced discovery on the edits to the draft plea agreement. In response to the recent government's production, Defendant Stergo submits that the subject charges were not timely filed and will file his Motion to Dismiss the Superseding Indictment. Defendant Stergo seeks twenty-one (21) days from this Order to file his Motion.

b.     The parties request that time continue to be excluded under the Speedy Trial Act through the February 18, 2025, trial date.

## Conclusion

21.     The parties jointly propose that the Court set a further status date in approximately 45 days (i.e., on or about **December 1, 2024**).

22. This Court has already excluded time under the Speedy Trial Act through the February 18, 2025, trial date. Consistent with 18 U.S.C. § 3161(h), the parties request that time continue to be excluded. Exclusion of time is appropriate for the ends of justice, to allow the parties to continue their plea negotiations and otherwise effectively prepare the case. Furthermore, exclusion of time is appropriate given the complexity of the case and for continuity of counsel. Finally, given that multiple defendants are reviewing discovery and/or draft plea agreements, exclusion of time is appropriate in the interest of justice to all defendants, because all of the charged defendants are codefendants for whom no motion for severance has been granted. *See* 18 U.S.C. § 3161(h)(6).

Dated: October 18, 2024

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Andréa L. Campbell*
ANDRÉA L. CAMPBELL
ANTHONY CHMURA
EDWARD LIVA
Assistant United States Attorneys